# Exhibit A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2024-12540 |
|---|---|---|

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

**Name** *(indicate Mr., Ms., Mrs., Mx.)*: Mr. Todd Anderson
**Home Phone** *(Incl. Area Code)*:
**Date of Birth**:

**Street Address**:
**City, State and ZIP Code**:
**Email Address**:

**Street Address**: c/o Mohammed O. Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148
**Email Address**: mbadwan@sulaimanlaw.com

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

**Name**: Elgin Community College
**No. Employees, Members**: 15+
**Phone No.**: (847) 697-1000
**Street Address**: 1700 Spartan Drive
**City, State and ZIP Code**: Elgin, IL 60123-7189
**Email Address**: aray@elgin.edu

**Name**:
**No. Employees, Members**: 15+
**Phone No.**:
**Street Address**:
**City, State and ZIP Code**:
**Email Address**:

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*:
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify below.)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 06/01/2024
Latest: 07/24/2024
☐ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s))*:

I, Todd Anderson (disabled) was hired at Elgin Community College as a Director of the Truck Driving Program on or about March 14, 2022 until I was unlawfully terminated on or about July 24, 2024, on the basis of my disability. I have a physical impairment that substantially limits major life activities. Regardless of my disability, I was qualified to perform the essential functions of my job, with or without reasonable accommodation.

The following is a non-exhaustive list of the disability discrimination, disability harassment, and retaliation I was subjected to:

On or about June 1, 2024, I notified the college of my status as HIV positive.

On or about June 20, 2024, the college accused me of assigning myself work to be paid for and not performing it. My role is divided 60/40, with 60% being administrative duties and 40% being adjunct teaching. I was suspended with pay until my termination date, which was set for July 24, 2024.

On or about June 21, 2024, I filed a complaint regarding discrimination under the Americans with Disabilities Act (ADA), as I believed my suspension to be based upon animus related to my disability. The college's Human Resources acknowledged receipt of the complaint but did not provide me with any further information or follow-up, effectively failing to investigate my concerns.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

09 / 23 / 2024
Date | Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Doc ID: 00882975dd8db07ea403dce24f954289910bdbb8

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2024-12540 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about July 24, 2024, I was terminated on the grounds of allegedly misusing company time by purportedly assigning myself more adjunct/teaching hours during the day. The way I divided my hours was consistent with the practices of other Directors and Teachers at the college. In fact, this reason for termination is false because I did not even have access to the system to assign these hours to myself; I could only submit a schedule request with my employer's Dean's office. Even more, I consistently sent emails detailing my activities to ensure transparency regarding the Truck Driving Program. My performance had been satisfactory until I disclosed my HIV positive status.

My employer effectively denied my request for reasonable accommodation and therefore did not engage with me in an interactive process to determine the appropriate accommodation as required by the ADA. Thus, I have been discriminated against because of my disability and retaliated against in violation of the Americans with Disabilities Act, as amended and (775ILCS 5/) Illinois Human Rights Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

09 / 23 / 2024
Date — Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Doc ID: 00882975dd8db07ea403dce24f954289910bdbb8